UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON SIU, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLUEGREEN VACATIONS UNLIMITED, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:18-cv-0022-BEN-BLM<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS, Doc. 35** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties jointly move to dismiss Plaintiff's remaining individual claims with prejudice and the putative class claims without prejudice. [Doc. 35.] The joint motion is **GRANTED**. Each party shall bear its own costs, expenses, and fees.

**IT IS SO ORDERED.**

Date: January 11, 2019

HON. ROGER T. BENITEZ
United States District Judge